UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: ALL ASSETS HELD IN ACCOUNT
JW3083094 IN THE NAME OF
CARINALLI, S.A. AT JEFFERIES, LLC, *et al.*

No. 25-mc-96-TSC-MJS

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 19, the court ADOPTS the report and ACCEPTS the recommendations of the Magistrate Judge. ECF No. 14. Accordingly, the court GRANTS the Government's Application to Enforce and Register a Foreign Restraining Order. ECF No. 1. It is ORDERED that:

1. Decree No. 1368/2022, issued on December 12, 2022, and Oficio No. 1065/2022, issued on December 18, 2022, are hereby REGISTERED AND ENFORCED by this court;

2. All assets held in the following accounts are hereby ordered RESTRAINED until further order of this court:

   a) Account JW3083094 in the name of Carinalli, S.A.2 at Jeffries, LLC;

   b) Account JW3125077 in the name of Carinalli, S.A. at Jeffries, LLC;

   c) Account JW3125341 in the name of Comptoir International Corp. at Jeffries, LLC;

   d) Account JW3070000 in the name of Sara Goldring Waisbiot and Daniel Cukier at Jeffries, LLC;

   e) Account JW3078888 in the name of Sara Goldring Waisbiot and Daniel Cukier at Jeffries, LLC;

   f) Account JW3078904 in the name of Sara Goldring Waisbiot and Martin Cukier at Jeffries, LLC;

   g) Account JW3073491 in the name of United Maritime Capital LLC at Jeffries, LLC;

h) Account 711-891671 in the name of Dario Cukier Goldring and Sara Goldring Waisbiot at Morgan Stanley;

i) Account 711-891670 in the name of Sara Silvia Cukier Goldring and Martin Cukier Goldring at Morgan Stanley;

j) Account 741-073746 in the name of United Brokers S.A. Agente De Valores c/o M Cukier Goldring, SS Goldring Waisbiot, CM at Morgan Stanley; and

k) Account 711-045184 in the name of United Maritime Capital, LLC at Morgan Stanley.

3. Sara Silvia Goldring Waisbiot, and all natural and legal persons in whose name the property is held and all companies, entities, managers, agents, servants, employees, attorneys, family members, and those persons in active concert or participation with Sara Silvia Goldring Waisbiot, are hereby ENJOINED AND RESTRAINED from transferring, selling, assigning, pledging, distributing, giving away, encumbering, leasing, subleasing, or otherwise participating in the disposal of the Subject Assets by mortgage, corporate transfer, or otherwise, without prior approval of this court upon notice to the United States and an opportunity for the United States to be heard; and

4. Upon reasonable request from the United States, Jeffries, LLC and Morgan Stanley shall provide periodic information to the United States regarding the value and composition of the Subject Assets.

It is FURTHER ORDERED that the Attorney General of the United States or her authorized representative shall take such reasonable steps as may be appropriate to:

6. Provide a copy of this Order to the custodians of the Subject Assets, including Jeffries, LLC and Morgan Stanley;

7. Provide a copy of this Order to any person known to the United States to be the beneficial owner of or to hold a protected interest in the Subject Assets; and

8. Provide a copy of this Order to the appropriate Uruguayan authorities for the purpose of providing notice to the Uruguayan Court.

The Clerk of the Court shall close this case. SO ORDERED.


Date: December 17, 2025

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge